Kathryn Tassinari  
Brent Wells  
kathrynt50@comcast.net  
HARDER, WELLS, BARON & MANNING, P.C.  
474 Willamette, Suite 200  
Eugene, OR  97401  
(541) 686-1969  
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BETH E. ROBERTS, | ) |
|  | ) Case No. 6:09-cv-06306-AA |
| Plaintiff, | ) |
|  | ) ORDER APPROVING PLAINTIFF'S |
|  | ) MOTION FOR ATTORNEY FEES |
| vs. | ) PURSUANT TO 42 U.S.C. §406(b) |
|  | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $15,995.77 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 25 day of June, 2013.

_____  
U.S. District Court Judge

PRESENTED BY:  
s/ Kathryn Tassinari  
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES UNDER TO 42 U.S.C.§406(b) - 1